**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| SHEILA MURPHY, | : | No. 43 WM 2018 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| ALLEGHENY COUNTY COURT OF COMMON PLEAS CIVIL CALENDAR CONTROL, | : | |
| | : | |
| | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of May, 2018, the Application for Leave to File Original Process is GRANTED, and the "Emergency Petition for Writ of Mandamus to Compel For A Jury Trial" is DENIED.